UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALTA CONSTRUCTION
EQUIPMENT ILLINOIS, LLC,

    Plaintiff,

Case No. 4:20-cv-12387
Hon. Matthew F. Leitman

v.

FE DEMOLITION AND
REMEDIATION, LLC, AND
JONATHAN K. MARKOFF,

    Defendants.

_____/

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS (ECF No. 9)

On June 14, 2021, the Court held a hearing on Defendants' Motion to Dismiss or Stay Based on the Colorado River Abstention Doctrine. (ECF No. 9.) For the reasons stated on the record, the motion is **DENIED.**

    **IT IS SO ORDERED**.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  June 15, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 15, 2021, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9764