UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALTA CONSTRUCTION
EQUIPMENT ILLINOIS, LLC,

      Plaintiff,                      Case No. 4:20-cv-12387
                                                Hon. Matthew F. Leitman

v

FE DEMOLITION AND
REMEDIATION, LLC, et al.,

      Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT FE DEMOLITION AND REMEDIATION, LLC AND DISMISSAL WITH PREJUDICE AS TO DEFENDANT JONATHAN K. MARKOFF

The Stipulation of the parties having been presented to this Court, and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that all claims by Plaintiff, Alta Construction Equipment Illinois, LLC against Defendant FE Demolition and Remediation, LLC are dismissed without prejudice and without costs to any party.

IT IS FURTHER ORDERED that all claims by Plaintiff, Alta Construction Equipment Illinois, LLC against Defendant Jonathan K. Markoff are dismissed with prejudice and without costs to any party.

IT IS FURTHER ORDERED that upon performance of all terms of the settlement agreement reached among the parties, the parties may submit a stipulation to set aside this order for dismissal without prejudice and for entry of dismissal with prejudice.

IT IS FURTHER ORDERED that upon a default and failure to cure pursuant to the terms of the Settlement Agreement reached among the parties, counsel for Plaintiff may set aside this order for dismissal and submit a Consent Judgment for filing with the Court.

This Order resolves the last pending claim and closes this case.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 30, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 30, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764